**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 3:19-cv-00066 |
| | § | |
| v. | § | |
| | § | |
| PRIDA CONSTRUCTION, INC., and | § | |
| WATERFRONT HOUSING, LLC, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiff Dana Bowman ("Plaintiff") and Defendants Prida Construction, Inc., and Waterfront Housing, LLC, hereby submit this Joint Motion for Entry of Agreed Judgment, as follows:

This action commenced on February 14, 2019 with the filing of Plaintiff's Original Complaint [Doc. 1], in which Dana Bowman brought this action against Prida Construction, Inc. ("Defendant"), and Waterfront Housing, LLC ("Remediation Defendant") (collectively, "Defendants"), alleging violations of the Fair Housing Act, Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 (FHA), 42 U.S.C. §§ 3601-3619 with regard to lack of accessibility at the Waterfront Apartments, 1400 Bayou Shore Drive, Galveston, Texas 77551 (the "Property").

Plaintiff is a retired Sergeant First Class in the United States Army. He was a Special Forces soldier and a member of the Army's elite parachute team, the Golden Knights. While performing for the Golden Knights, he lost the lower halves of both legs in a mid-air collision. While Plaintiff has prosthetic legs, he also uses a wheelchair.

The Property is a three-story apartment complex located in Galveston, Texas, containing

contains 75 one- to three bedroom units in a building which is served by elevators, a two-story leasing office, lobby, fitness center, swimming pool, and conference room. Defendant Waterfront Housing, LLC is the current owner of the Property. Defendant Prida Construction, Inc. is the former owner and builder/developer of the Property. All 75 units at the Property are FHA covered units and are required to conform to FHA standards for design and construction. Plaintiff visited the Property on February 5, 2019, at which time he alleges that he observed accessibility barriers that would interfere with his ability to access and use the facilities while in a wheelchair. Defendants entered an appearance herein on March 26, 2019 with the filing of their Original Answer [Doc. 5].

The Parties engaged in mediation on December 16, 2020, with Louis P. Selig of Selig ADR, LLC, serving as mediator. As a result of the mediation session, the Parties agreed to entry of the Agreed Judgment attached as Exhibit A.

The Parties have also agreed to a confidential amount of damages (not including attorneys' fees, expert fees, expenses and costs) to be paid to Plaintiff within ten (10) days of the entry of the Agreed Judgment.

The Parties further agreed that for purposes of 42 U.S.C. §§ 3613(c)(2) and 12205, Plaintiff is the prevailing party in this Action, and is entitled to seek an award of reasonable attorneys' fees, expert fees, costs and expenses in an amount to be determined by the Court.

The Parties therefore request the Court to enter the Agreed Judgment in the form attached hereto as Exhibit A.

Dated:  December 18, 2020.

Respectfully Submitted,

CALHOUN &ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

ATTORNEYS FOR PLAINTIFF

MILLS SHIRLEY L.L.P.

*/s/ Andres (Andy) Soto*
Andres (Andy) Soto
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
Telephone: (409) 763-2341
Facsimile: (409) 761-4035
asoto@millsshirley.com

ATTORNEYS FOR DEFENDANTS PRIDA
CONSTRUCTION, INC. AND WATERFRONT HOUSING,
LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Andres (Andy) Soto                                          *Counsel for Defendants Prida Construction,*
MILLS SHIRLEY L.L.P.                                      *Inc. and Waterfront Housing, LLC*
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
asoto@millsshirley.com


                                                        */s/ Eric G. Calhoun*
                                                        Eric G. Calhoun