United States District Court
Southern District of Texas
**ENTERED**
December 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-66 |
| | § | |
| PRIDA CONSTRUCTION, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER GRANTING AGREED JUDGMENT**

After considering the joint motion for entry of agreed judgment of the plaintiff, Dana Bowman, and the defendants, Prida Construction, Inc., and Waterfront Housing, LLC (Dkt. 73), the court hereby enters the following Agreed Judgment:

Judgment is hereby entered requiring the defendants to remediate 96 items in the Report of Larry Fleming and Catalog of Findings [Docs. 36-2 and 36-3] ("Fleming Report") (Item Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102) (the "Remediation Items"). The Remediation Items which occur in the interior of units at the Property (the "Unit Violations") shall be remediated prior to the turnover of the units until all the Unit Violations have been remediated in all 75 units at the Property, or no later than

December 31, 2022. The Remediation Items which occur in the public and common use areas of the Property shall be remediated no later than December 31, 2021. For both the Unit Violations and the public and common use area violations, "remediation" shall mean that the defendants shall cause each item in each location where it occurs to be remedied to comply with the measurements and FHA and/or ADA specifications set forth in the Fleming Report and Catalog of Findings [Docs. 36-2 and 36-3, respectively].

Within thirty (30) days after the expiration of the time set forth above for remediation, i.e., December 31, 2022 (the "Remediation Period"), the Property will be inspected by a third-party accessibility specialist as the Parties may agree upon. Such third-party specialist will issue a Report to the Parties' counsel, complete with photographs, measurements and findings as to whether each of the Remediation Items has been remediated in public areas, common areas and all 75 units to comply with the FHA and ADA standards listed in the Fleming Report and Catalog of Findings [Docs. 36-2 and 36-3, respectively]. The defendants shall bear the cost of the inspection and report.

The Parties have agreed upon a confidential amount of damages to be paid to the plaintiff which shall be paid within ten (10) days of the date hereof.

For purposes of 42 U.S.C. §§ 3613(c)(2) and 12205, the plaintiff is the prevailing party in this action, and is entitled to seek by separate motion an award of reasonable attorneys' fees, expert fees, costs and expenses in an amount to be determined by the court. The plaintiff shall file a motion for such attorneys' fees,

expert fees, costs and expenses within sixty (60) days of the date of this judgment.

Signed on Galveston Island on this, the 22ⁿᵈ day of December, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE